Civil Action No. 4:21-CV-930

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Family Motors, LLC was received by me on *(date)* 2/21/2022.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* JOHN DOE, EMPLOYEE / PERSON IN CHARGE, who is designated by law to accept service of process on behalf of *(name of organization)* FAMILY MOTORS, LLC on *(date)* 3/8/2022 AT 1:27 PM ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 3/17/2022

*Server's signature*

ALISHA ALLEN - PROCESS SERVER
*Printed name and title*

P.O. BOX 7471
OVERLAND PARK KS 66207
*Server's address*

Additional information regarding attempted service, etc:
FAMILY MOTORS LLC, 8735 E US HWY, UNIT B, KANSAS CITY, MO 64129
Male employee refused name or any cooperation. He confirmed that he was an employee but refused to accept. I placed the documents down and told him he had been served and took photo of him.