# UNITED STATES DISTRICT COURT

for the

Western District of Missouri

| | |
|---|---|
| SHANE COOK<br>and<br>KARLA CARO<br><br>*Plaintiff(s)*<br><br>v.<br><br>FAMILY MOTORS, LLC, et al.,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 4:21-CV-930 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Family Motors, LLC
C/O RA Derrick Richardson
8735 E. US 40 HWY, Unit B
Kansas City, MO 64129

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Keith Williston
The Williston Law Firm
201 SE Williamsburg Dr
Blue Springs MO 64014

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____                                 _____
                                                                                                                      *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:21-CV-930

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Family Motors, LLC
was received by me on *(date)* 3-27-22.

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Amy Williams, who is designated by law to accept service of process on behalf of *(name of organization)* Mo. Sec of State, Agent for Family Motors LLC on *(date)* 3-28-22 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 3-28-22

*Rufus R. Harmon*
Server's signature

Rufus R. Harmon - process server
Printed name and title

P.O. Box 1794 Jefferson City Mo.
Server's address

Additional information regarding attempted service, etc:

SERVED AT MISSOURI SECRETARY OF STATE, 600 WEST MAIN STREET, JEFFERSON CITY, MO 65109