# EXHIBIT E

January 13, 2021

Keith Williston
The Williston Law Firm, LLC
201 SE Williamsburg Dr.
Blue Springs, MO 64014


RE: Family Motors, LLC and Shane Cook

Dear Mr. Williston;

I am responding to your letter on the behalf of Family Motors and as the sales agent that sold Mr. Cook and his lady friend, the car in question. We are individual sales agents, not employees, nor even 1099 representatives. Family Motors has no responsibility in this transaction. You will find all my contact information at the end of this letter.

Obviously Mr. Cook has not given you all the pertinent information regarding this transaction and your investigation pertaining to the inspection of the vehicle was not thorough. I do not know what "inspector" you talked with but I assure you, an inspection was made and a legal certificate was issued for the car. The only known issue that might have created some comment from an inspector is the very small pebble crack in the windshield which seems to have grown while in your clients possession.

The car was advertised for sale with some known defects which is why it was priced so cheaply. Your clients were encouraged to drive the car which they did, before they made a purchase. While there is a disclaimer and a NO money back guarantee with the sale of all used cars, I do not make a practice of selling "lemons". I am always willing to work with my customers if they have a legitimate complaint. Mr. Cook did not contact me or complain to me whatsoever that there was something wrong with the car. The first I knew of a problem with the car was from a friend reading a review on social media. I immediately called the lady friend which is the only telephone number I had and immediately started getting the "run around" about what was wrong with the car. I told her to bring the car back and she gave numerous reasons why she couldn't do that so I told her I would send my tow truck after it and to leave the key in the car. I assured her I would have my mechanic look at it and see what the problem was. If it was something major or some different defect other than what was apparent or advertised, we could fix it or I would gladly refund their money. I asked her to have Mr. Cook contact me and assured her I would make it right. When I did talk to Mr. Cook, I told him the same thing and by that time I had a report from my mechanic as to the cost to get the minor issues repaired. I told him I would either make the repairs or refund his money less $60 which is one half of a $120 tow fee and $120 for the title fee, because they had given me such a "run-around" initially about getting the car back to the lot, getting the key to the car, money and time spent waiting for Mr. Cook to show up.

I am trying to operate a legitimate business with the intent to be specifically fair with my people and yes, that might be construed as a racist remark but that is my purpose even though I will always offer the same terms to anyone else. I have no fear of your law suit, in fact I would welcome it since I have the proof of my statements. I think Mr. Cook is using this situation to (come up -hit a lick) what ever they call it, when they catch unsuspecting people or businesses and take advantage of them.

Certainly you know that any law suit filed against me will trigger a counter-suit wherein, I will make all available counter claims, particularly if I find that this is a common practice for Mr. Cook. By the way, I have all my evidence and I am still willing to refund Mr. Cook and his lady friend their money in cash as it was paid to me less the tow fee of $120 and $120 title fee which allows a total refund of $910; provided Mr. Cook returns all documents given to them including the title, inspection and other sales documents and the manual. Should this transaction result in litigation, there will be no concessions.

Respectfully,

Jason Higgs

Family Motors, LLC
8753 E. US 40 Hwy, Unit B
Kansas City, MO 64129

(816) 216-0944