# EXHIBIT G

Case 4:21-cv-00930-RK   Document 45-7   Filed 05/20/22   Page 1 of 2

iRecordWeb REAL Instrument Summary                                    User: GUEST Logout

**Gloria Boyer**
**Platte County, Missouri - Recorder of Deeds**

I:NA

**Platte County Recorder of Deeds**                      **(816) 858-3326 Office**
**415 3rd St**                                            **(816) 858-2379 Fax**
**Platte City, MO 64079**

*Document recording information*

| | |
|---|---|
| **Instrument** | DT TRUST - DEED OF TRUST |
| **Document No.** | 1993008956 |
| **Book** | 792 |
| **Page** | 928 |
| **Recording Date** | 6/21/1993 3:03:00 PM |
| **Dated date** | 6/21/1993 |
| **Page Count** | 0 |
| **Referenced Amount** | $77,507.00 |

*Grantor(s) (4)*
 KRIZ, CARL T
 YOAKUM-KRIZ, BRENDA A FKA
 YOAKUM, BRENDA A
 KRIZ, BRENDA A YOAKUM-

*Grantee(s) (1)*
 SWARTZ BROTHERS & COMPANY INC

*Legal Description(s) (1) - Do not use the summaries below on legal documents*
 LT 60 HIDDEN VALLEY

*References To This Document (3)*
 Book: 792 Page: 929 DT ASSIGN 06/21/1993
 Book: 830 Page: 40 DT ASSIGN 06/23/1995
 Book: 930 Page: 400 DR DR 07/31/2000

Copyright © 2000-2022 iCounty Technologies, LLC All rights reserved.