# EXHIBIT J



Van Osdol, PC
1600 Genessee Street, STE 246
Kansas City, MO 64102
VanOsdolKC.com
816.421.0644
free 877.637.3476
fax 816.421.0758

Cheryl C. Boushka
Kent A. Coxe
Anthony L. Gosserand
Shawn L. Stogsdill

OF COUNSEL
Thomas R. Willy
Thomas M. Bradshaw

All attorneys admitted in both Missouri and Kansas unless otherwise noted.

Attorneys are available in
Overland Park, KS
Lee's Summit, MO
offices by appointment.

May 16, 2022

**SENT VIA ELECTRONIC MAIL**
williston.keith@yahoo.com

Keith Williston
WILLISTON LAW FIRM
201 SE Williamsburg Drive
Blue Springs, Missouri   64014

      Re:    *Cook, et al. v. Family Motors, LLC*
             Case No. 2116-CV07101

Dear Mr. Williston:

I confirm receipt of your correspondence dated May 6, 2002, regarding discovery issues you have raised regarding Family Motors, LLC's ("Family Motors") responses to Plaintiffs' opening written discovery. This correspondence is our response.

### Interrogatories

We will supplement our response to Interrogatory Number 14. I should have that supplemental response to you within the next several days.

With response to Interrogatories Numbered 1, 2 and 16, all individuals identified are associated with Family Motors and can be contacted through me, its counsel. Any contact with them not through me would be improper.

### Responses to Request for Production

With regard to Request for Production Number 17, I have conferred with my clients and told them they needed to perform a search for tax records regarding Jason Higgs. At the time that we prepared our responses it was my understanding that Family Motors had issued 1099s to Jason Higgs. My clients tell me that they have searched and have no such records.

With regard to Requests for Production number 2 and 3 we stand on our position that these are overly broad requests. If you like, we could discuss reducing the breadth of these requests .

                Regards,

                VAN OSDOL, PC

                Anthony L. Gosserand
                tgosserand@VanOsdolKC.com

{. 1}

Case 4:21-cv-00930-RK   Document 45-10   Filed 05/20/22   Page 3 of 3